O

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| DONZELL THOMPSON,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>RICHARD IVES, Warden,<br><br>　　　　　Respondent. | No. ED CV 14-1726-JGB (PLA)<br><br>**JUDGMENT** |

　　　Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: January 30, 2015

　　　　　　　　　　　　　　　　　　HONORABLE JESUS G. BERNAL
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE